WILLIAM HILTZ, Respondent, *v.* CALEB U. FOWLER, Appellant.

*Hiltz* v. *Fowler*, 83 App. Div. 634, affirmed.
(Argued March 31, 1904; decided April 26, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 25, 1903, affirming a judgment of the Westchester County Court in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*William Riley* for appellant.

*Charles A. Van Auken* and *William S. Beers* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.

---

DAVID H. MORGAN et al., Respondents, *v.* THE MERCHANTS' CO-OPERATIVE FIRE INSURANCE ASSOCIATION OF CENTRAL NEW YORK, Appellant.

*Morgan* v. *Merchants' Co-op. F. Ins. Assn.*, 70 App. Div. 623, affirmed.
(Argued April 4, 1904; decided April 26, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 29, 1902, affirming a judgment in favor of plaintiffs entered upon a verdict directed by the court and an order denying a motion for a new trial.

*J. W. Rayhill* for appellant.

*P. C. J. De Angelis* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ.